**APONAUG MFG. CO. et al., Appellants, v. Eugene FLY, Individually and as Collector of Internal Revenue, Appellee.**

**No. 8392.**

Circuit Court of Appeals, Fifth Circuit.
March 6, 1937.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

On the authority of Beeland Wholesale Company et al. v. Harwell G. Davis, Individually and as Collector of Internal Revenue, —— F.(2d) ——, decided February 16, 1937, the judgment in the above numbered and entitled cause is affirmed.

**APONAUG MANUFACTURING COMPANY et al., Appellants, v. Eugene FLY, Individually and as Collector of Internal Revenue, Appellee.**

**No. 8392.**

Circuit Court of Appeals, Fifth Circuit.
March 6, 1937.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

It is ordered by the court that the motion, filed by appellants for an injunction pending the appeal in the above entitled and numbered cause be, and the same is hereby, denied.

**Oliver Russell AUGUSTINE v. UNITED STATES of America.**

**No. 6069.**

Circuit Court of Appeals, Seventh Circuit.
Oct. 29, 1936.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

It is ordered by the court that the motion of counsel for appellant for leave to prosecute this appeal in forma pauperis and for extension of time for filing assignment of errors and bill of exceptions be, and the same is hereby, overruled.

On motion of counsel for appellee, it is ordered and adjudged that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed.